826

*Braun*, with him *Samuel J. Reich*, for appellant; *J. Kent Culley*, Assistant District Attorney, with him *Carol Mary Los*, Assistant District Attorney, and *Robert W. Duggan*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Yankevich, Appellant.

Submitted April 10, 1972. *Henry E. Sewinsky*, and *Rodgers, Marks, Irwin & Perfilio*, for appellant; *Robert F. Banks*, First Assistant District Attorney, and *Joseph J. Nelson*, District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Yankevich, Appellant.

Argued April 12, 1972. *Henry E. Sewinsky*, with him *Rodgers, Marks, Irwin & Perfilio*, for appellant; *Robert F. Banks*, First Assistant District Attorney, with him *Joseph J. Nelson*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth ex rel. Borsani *v.* Borsani, Appellant.